IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DINARDO ALBERTO DULUC GOMEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.  ) | CV 304-037 |
| ) | |
| BUREAU OF CITIZENSHIP AND ) | |
| IMMIGRATION SERVICES, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, this case is **DISMISSED**, without prejudice, for Petitioner's failure to prosecute this action, and the Clerk is **DIRECTED** to **CLOSE** the case.

SO ORDERED this __13__ day of January, 2006.

_____
JOHN F. NANGLE, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA